**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracee Croomes,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IntouchCX,<br><br>　　　　　Defendant. | No. CV-24-03447-PHX-MTL<br><br>**ORDER** |

　　　　Before the Court is pro se Plaintiff Tracee Croomes' motion for reconsideration. (Doc. 27.) It is unclear to this Court whether Plaintiff's motion is in response to Defendant's pending motion to dismiss (Doc. 24), or a separate request that this Court reconsider its prior ruling denying Plaintiff's motion to remand (Doc. 23).

　　　　To the extent the motion seeks reconsideration of the Court's prior ruling, it is untimely. Under the local rules, "any motion for reconsideration shall be filed no later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion." LRCiv 7.2(g)(2). Plaintiff's motion for reconsideration was filed approximately two months after this Court's order denying her request for remand, far exceeding the permitted fourteen-day period.

　　　　To the extent Plaintiff's motion is a response opposing Defendant's motion to dismiss, it is incomplete. Notably, the first page of the document appears to be cut short, and Plaintiff's response does not substantively address the issues raised in Defendant's motion. The Court will permit Plaintiff one final opportunity to respond to Defendant's

motion. Plaintiff is reminded that should she fail to respond, the Court may deem such non-response as consent to the motion being granted. LRCiv 7.2(i).

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Doc. 27) is denied.

**IT IS FURTHER ORDERED** that Plaintiff must file a response to Defendant's Motion to Dismiss (Doc. 24) no later than **Wednesday, June 11, 2025**. Plaintiff is advised that a failure to respond may result in the Court summarily adjudicating Defendant's Motion.

Dated this 2nd day of June, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge